**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| SHERRY RILEY, IN HER OWN RIGHT AND AS ADMINISTRATRIX OF THE ESTATE OF JEFFERY L. RILEY, | : | No. 828 MAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioner | : | the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ARMSTRONG WORLD INDUSTRIES, INC. AND BRENNTAG NORTHEAST, INC., | : | |
| | : | |
| | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.